| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, James P | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>05/04/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate Judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P. O. Box 669<br>Abingdon, VA 24212 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | ▇▇▇▇▇▇ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Marshall-Wythe School of Law, The College of William & Mary | 2/18-19 - Williamsburg, VA, student moot court competiton (room & meals) |
| 2. | Young Lawyers Conference, Virginia State Bar | 3/18-19 - Charlottesville, VA, lawyers professional development conference (room, meals, & mileage) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮ Trust, income beneficiary | D | Dividend | | | | | | | |
| 2. FBR Gas Utility Index Fund | A | Dividend | J | T | | | | | |
| 3. Bell South Corporation common stock | A | Dividend | J | T | | | | | |
| 4. Chevron Corp (formerly ChevronTexaco Corp) common stock | C | Dividend | L | T | | | | | |
| 5. Duke Energy common stock | E | Dividend | N | T | | | | | |
| 6. Exxon Mobil common stock | C | Dividend | M | T | | | | | |
| 7. IBM common stock | A | Dividend | L | T | | | | | |
| 8. AT&T New (formerly SBC Communications) common stock | A | Dividend | J | T | | | | | |
| 9. T. Rowe Price Va Bond Fund | A | Dividend | J | T | | | | | |
| 10. T. Rowe Price Tax Free Ins. Fund | A | Dividend | J | T | | | | | |
| 11. T. Rowe Price Growth Stock Fund | B | Dividend | N | T | | | | | |
| 12. T. Rowe Price New Horizons Fund | | None | M | T | | | | | |
| 13. Gateway common stock | | None | J | T | | | | | |
| 14. T. Rowe Price New Asia Fund | A | Dividend | L | T | | | | | |
| 15. T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 16. T. Rowe Price Int'l Stock Fund | A | Dividend | L | T | | | | | |
| 17. T. Rowe Price New Income Fund | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Prime Reserve Fund | B | Dividend | N | T | | | | | |
| 19. T. Rowe Price Science & Tech. Fund | | None | L | T | | | | | |
| 20. T. Rowe Price Blue Chip Growth Fund | A | Dividend | N | T | | | | | |
| 21. T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | | | | | |
| 22. T. Rowe Price Value Fund | A | Dividend | L | T | | | | | |
| 23. T. Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 24. Wachovia Bank account | A | Interest | J | T | | | | | |
| 25. Semans Family Limited Partnership | | None | J | U | | | | | |
| 26. TS&W Int'l Equity Portfolio (X) | A | Dividend | L | T | buy | 12/29 | J | | |
| 27. 3M Co common stock (X) | | None | J | T | | | | | |
| 28. Abbott Laboratories common stock (X) | A | Dividend | J | T | | | | | |
| 29. Advanced Micro Devices Inc common stock (X) | | None | J | T | buy | 9/27 | J | | |
| 30. | | | | | buy | 10/12 | J | | |
| 31. Air Products & Chemicals common stock (X) | | None | | | sale | 8/12 | J | B | |
| 32. Allstate Corp common stock (X) | | None | J | T | | | | | |
| 33. Andarko Petroleum Corp common stock (X) | | None | J | T | | | | | |
| 34. Bank of America common stock (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Baxter International common stock (X) | | None | J | T | | | | | |
| 36. BJ Services Company common stock (X) | A | Dividend | J | T | | | | | |
| 37. BMC Software Inc. common stock (X) | | None | J | T | buy | 9/30 | J | | |
| 38. Bristol Myers Squibb Co common stock (X) | A | Dividend | J | T | | | | | |
| 39. Burlington Northern Santa Fe common stock (X) | A | Dividend | J | T | | | | | |
| 40. Caterpillar Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 41. Chevron Corp common stock (X) | | None | J | T | | | | | |
| 42. Cigna Corp common stock (X) | | None | J | T | | | | | |
| 43. Citigroup Inc common stock (X) | | None | J | T | | | | | |
| 44. Coventry Health Care Inc. common stock (X) | | None | J | T | | | | | |
| 45. CVS Corp common stock (X) | A | Dividend | J | T | | | | | |
| 46. Darden Restaurants Inc common stock (X) | A | Dividend | J | T | | | | | |
| 47. Dominion Resources Inc. common stock (X) | A | Dividend | J | T | | | | | |
| 48. DR Horton common stock (X) | A | Dividend | J | T | buy | 9/27 | J | | |
| 49. Emerson Electric Co common stock (X) | A | Dividend | J | T | | | | | |
| 50. First Energy Corp common stock (X) | A | Dividend | J | T | buy | 8/3 | J | | |
| 51. Fisher Scientific Intl common stock (X) | | None | | | sale | 9/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Co. common stock (X) | A | Dividend | J | T | | | | | |
| 53. Goldman Sachs Group common stock (X) | | None | J | T | | | | | |
| 54. Hewlett Packard Co. common stock (X) | A | Dividend | J | T | | | | | |
| 55. Home Depot common stock (X) | | None | J | T | partial sale | 10/4 | J | A | |
| 56. Ingersoll-Rand Company common stock (X) | A | Dividend | J | T | | | | | |
| 57. Johnson & Johnson common stock (X) | | None | J | T | | | | | |
| 58. Kimberly Clark Corp comon stock (X) | A | Dividend | J | T | | | | | |
| 59. L3 Communications Corp common stock (X) | A | Dividend | J | T | buy | 10/6 | J | | |
| 60. Laboratory Corp of America common stock (X) | | None | J | T | | | | | |
| 61. McAfee Inc. common stock (X) | | None | J | T | | | | | |
| 62. Merrill Lynch common stock (X) | | None | K | T | | | | | |
| 63. MGIC Invts Corp common stock (X) | | None | J | T | | | | | |
| 64. Microsoft Corp common stock (X) | A | Dividend | K | T | | | | | |
| 65. National City Corp common stock (X) | A | Dividend | | | sale | 9/1 | J | A | |
| 66. Nestle SA ADR (X) | | None | J | T | | | | | |
| 67. Norfolk Southern common stock (X) | A | Dividend | J | T | | | | | |
| 68. Nova Chemicals Corp common stock (X) | A | Dividend | | | sale | 12/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Patterson-UTI energy common stock (X) | A | Dividend | J | T | | | | | |
| 70. Phelps Dodge common stock (X) | A | Dividend | J | T | | | | | |
| 71. Plum Creek Timber Co REIT (X) | A | Dividend | J | T | buy | 10/5 | J | | |
| 72. PNC Financial Services common stock (X) | | None | J | T | | | | | |
| 73. PPG Industries common stock (X) | A | Dividend | | | sale | 10/5 | J | A | |
| 74. Praxair, Inc common stock (X) | A | Dividend | J | T | | | | | |
| 75. Prudential Financial common stock (X) | A | Dividend | J | T | buy | 9/1 | J | | |
| 76. Republic Svcs Inc common stock (X) | A | Dividend | J | T | | | | | |
| 77. Rio Tinto PLC sponsored ADR (X) | A | Dividend | J | T | | | | | |
| 78. AT&T New (formerly SBC Communications) common stock (X) | A | Dividend | J | T | partial sale | 10/4 | J | A | |
| 79. Schlumberger Ltd common stock (X) | A | Dividend | J | T | | | | | |
| 80. Southern Co common stock (X) | A | Dividend | J | T | | | | | |
| 81. Suntrust Banks Inc common stock (X) | | None | J | T | | | | | |
| 82. Target Corp common stock (X) | A | Dividend | J | T | partial sale | 11/7 | J | B | |
| 83. Telefonaktiebolaget LM Ericsson sponsored ADR (X) | | None | J | T | | | | | |
| 84. The St Paul Travelers Companies common stock (X) | | None | K | T | | | | | |
| 85. Time Warner Inc common stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P | 05/04/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date _____ May 4, 2006

NOTE: ANY I▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

` Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544